

About Wayne | Español

**For this Record...**
Filing history and documents
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| Name | AUTO-OWNERS INSURANCE COMPANY |
| Status | Exists |
| Formation date | 12/07/1988 |
| ID number | 19881104158 |
| Form | Insurance Company |
| Periodic report month | December |
| Jurisdiction | Michigan |
| Principal office street address | n/a |
| Principal office mailing address | n/a |

| Registered Agent | |
|---|---|
| Name | Division of Insurance |
| Street address | 1560 Broadway, Denver, CO 80202, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of fact of existence (PDF)

Get certified copies of documents

File a form

Set up secure business filing

**EXHIBIT C**

[Subscribe to email notification](#)

[Unsubscribe from email notification](#)

Back

Terms & conditions | Browser compatibility

# STATE OF COLORADO

**DIVISION OF INSURANCE**
**DEPARTMENT OF REGULATORY AGENCIES**
First Western Plaza
303 West Colfax Avenue, Suite 500
Denver, Colorado 80204
Phone: (303) 620-4300



**FOREIGN**

Roy Romer
Governor

Steven V. Berson
Executive Director

John Kezer
Commissioner of Insurance

Secretary of State
State of Colorado
1560 Broadway, Suite 200
Denver, Colorado  80203

12-07-88   08:30
881104158    $50.00

ATTACHED FOR FILING ARE:

NEW ADMISSION:

ARTICLES OF INCORPORATION FOR:

AUTO-OWNERS INSURANCE COMPANY

(a Michigan corporation),

along with Certificate of Compliance issued by the State of Michigan.

Filing Fee:  Check # 0015536 for $ 50.00

Please receipt and return copy of this form to the Division of Insurance.

Sincerely,

Dana Christensen (CMC)

Dana Christensen
Examination Section

COMPUTER UPDATE COMPLETED

INS-35A (4/81)



# State of Michigan,
## DEPARTMENT OF LICENSING AND REGULATION INSURANCE BUREAU

} ss.

IT IS HEREBY CERTIFIED that the annexed copy of Articles of Association, as amended, of the AUTO-OWNERS INSURANCE COMPANY, of Lansing, Michigan

has been compared with the original on file in this Bureau and that the same is a true and correct transcript therefrom and of the whole of such original.

In Witness Whereof, I have hereunto set my hand and affixed the Official Seal of the Bureau at Lansing, this 13th day of October, A.D. 1988

*L. Caroline Smalley*
Special Deputy Commissioner of Insurance.

**ARTICLES OF ASSOCIATION, AS AMENDED,**

**OF THE AUTO-OWNERS INSURANCE COMPANY,**

**OF LANSING, MICHIGAN**

SEPTEMBER 30, 1988

We, the undersigned Citizens of the State of Michigan, hereby associate ourselves together for the purpose of forming an incorporated company for the transaction of Mutual Insurance in pursuance of Act No. 86 of the Public Acts of Michigan, for the year 1915, entitled "an Act to provide for the organization of Mutual Insurance Companies to do a general Automobile Insurance business; to prescribe their powers and duties and to regulate the same." And do hereby adopt the following:

**ARTICLES OF ASSOCIATION**

**ARTICLE I**

The name of this Association shall be the Auto-Owners Insurance Company.

**ARTICLE II**

The names and places of residence of the incorporators are as follows:

| NAMES | RESIDENCE |
|---|---|
| 1. Chas. A. Carnahan, | Mt. Pleasant, Michigan |
| 2. Glenn H. Riley, | Mt. Pleasant, Michigan |
| 3. Vern V. Moulton, | Mt. Pleasant, Michigan |
| 4. Fred Russell, | Mt. Pleasant, Michigan |
| 5. Walter W. Russell, | Mt. Pleasant, Michigan |
| 6. William E. Lewis, | Mt. Pleasant, Michigan |
| 7. Elton J. Van Leuven, | Mt. Pleasant, Michigan |
| 8. Howard Chatterton, | Mt. Pleasant, Michigan |
| 9. E. E. Palmer, | Mt. Pleasant, Michigan |
| 10. R. C. Allen, | Mt. Pleasant, Michigan |
| 11. Eleken Mayhew, | Marion, Michigan |
| 12. Martin Menery, | Mt. Pleasant, Michigan |
| 13. Fred L. Keeler, | Lansing, Michigan |
| 14. N. J. Brown, | Mt. Pleasant, Michigan |
| 15. E. T. Cameron, | Mt. Pleasant, Michigan |
| 16. Gilbert A. Currie, | Midland, Michigan |

## ARTICLE III

The Principal office for the transaction of its business shall be established at Lansing, Michigan. The Corporate existence of the Company shall be extended and continued in perpetuity from and after the First day of July AD, 1976. The fiscal year shall be the calendar year.

## ARTICLE IV

The business of the Company shall be managed by its Board of Directors and an Executive Committee within the terms of these articles and by-laws which may be adopted. The number of directors shall not be less than five nor more than thirteen. One or more directors shall be elected at each annual meeting by a majority vote of the members present either in person or by proxy; however, the terms of not more than three shall expire at the same time. All directors shall be members of the association either representing personal insurance or as a director or official of a corporation or other legal entity, and shall serve for a term of five years subject to the limitations herein set forth and until their successors shall be elected. A majority of the members of the Board of Directors shall constitute a quorum of the Board. The term of office of any director shall automatically expire at any time he shall cease to be a member of this Company. All nominations for directors shall be filed with the Executive Committee at least fifteen days prior to, but not more than thirty days preceding each annual policyholders' meeting.

The Executive Committee shall consist of the Chief Executive Officer and four or more directors who shall be appointed by the Chairman of the Board and shall serve until their successors are duly appointed. Three members of the Executive Committee shall constitute a quorum of that Committee. The Executive Committee shall, subject to the approval of the Board of Directors:

    (a) Adopt the form and provisions of policy contracts;

    (b) Establish rules for acceptance of or cancellation of policies;

    (c) Establish rules for procedure and settlement of losses;

    (d) Direct the investment of the funds of the Company;

(e) Appoint such standing committees as may be advisable;

(f) Appoint Vice Presidents and such assistant secretaries and assistant treasurers as may be deemed advisable;

(g) Fix the compensation of the officers and employees of the Company;

(h) Determine from time to time the number of directors which shall best serve the interests of the Company; and

(i) Shall perform such other duties as may be assigned to them or approved by the Board of Directors.

The Executive Committee shall hold meetings at such times as the Chairman of the Board, the Chief Executive Officer or a quorum of the Committee may determine.

The annual policyholders' meeting shall be held on the second Monday of May each year at the principal office of the Company or at such other place within or without the State of Michigan as may from time to time be designated by the Board of Directors.

The Board of Directors shall elect from its membership a Chairman of the Board, a President, and an Executive Vice President whose terms of office shall be for five years each. The Board of Directors shall also elect a Secretary and a Treasurer. The Board of Directors shall designate a Chief Executive Officer who shall be an employee of the Company and who shall supervise the carrying out of the policies adopted or approved by the Board. He shall preside at all meetings of the members if present. In his absence, the President or the Executive Vice President shall preside. Any two offices may be held by the same individual except that the offices of president and vice president may not be held by the same person and no officer may execute, acknowledge or verify an instrument in more than one capacity. All vacancies in the offices of the Corporation including membership on the Board of Directors may be filled by the Board of Directors.

## ARTICLE V

The funds necessary to pay current expenses, losses and to create a surplus shall be provided by the sale of policies on the advance premium basis. The Company may issue either assessable or nonassessable policies.

## ARTICLE VI

The purpose of this corporation is to write and provide mutual insurance upon automobiles, covering in one policy Fire, Theft, Property Damage, Liability and Collision insurance, together with any other proper form of automobile insurance which may be approved on application to the Insurance Commissioner and also to write and provide any form of mutual insurance authorized by Section 12656 Compiled Laws of Michigan of 1929 or any amendments thereto, including insurance against disabilities which may arise out of bodily injuries, sickness or death by accident, in connection with the use of an automobile; provided, that the maximum single risk shall not exceed twenty percent of the admitted assets or three times the average risk or one percent of the insurance in force, whichever is the greater, any reinsurance taking effect simultaneously with the policy being deducted in determining such maximum single risk.

## ARTICLE VII

This corporation shall have the power to amend these Articles of Incorporation at any Annual or Special Meeting called for that purpose after such notice has been given as provided by laws governing similar corporations.

## ARTICLE VIII

The Board of Directors shall have power to make, adopt, amend or repeal such By-Laws, Rules and Regulations for carrying out the purposes of this Corporation as shall from time to time, in their judgment, become necessary.

## ARTICLE IX

Chas. A. Carnahan, Vern V. Moulton, Glenn H. Riley, Fred Russell and Walter W. Russell shall be Members of and constitute the Board of Directors of this Corporation from this date until their successors are elected and qualified at the first Annual Meeting.

At the first Annual Meeting there shall be elected one Director for a term of Five Years, one Director for a term of Four Years, one Director for a term of Three Years, one Director for a term of Two Years, one Director for a term of One Year, and at each subsequent Annual Meeting, one Director for a term of Five Years.

## ARTICLE X

Each policyholder shall be a member of the Company. Each member of the Company shall be entitled to vote at any annual or special policyholders meeting in person, or by proxy in writing filed by such member. In the event of the dissolution of this Company the property and assets shall be distributed among the policyholders in accordance with the law of the State of Michigan.

## ARTICLE XI

The officers and employees of this Corporation shall not be held personally liable for the payment of any taxes, claims, or other liabilities of the Corporation which may be paid by them in good faith.

## ARTICLE XII

The Company may conduct the business of insurance in accordance with the provisions of its charter with the descriptive word "Mutual" inserted parenthetically in its corporate name, i.e., Auto-Owners (Mutual) Insurance Company, and further to sue and to be sued in said name.

INS-659 (7/84)

# STATE OF MICHIGAN
## DEPARTMENT OF LICENSING AND REGULATION
### INSURANCE BUREAU
### LANSING

## CERTIFICATE OF COMPLIANCE

Date: October 13, 1988

I certify that the

AUTO-OWNERS INSURANCE COMPANY (a mutual insurer)

located in the City of    Lansing                              , State of Michigan, is duly organized under the laws of this State and is authorized to issue policies and transact business under the following Sections of the Insurance Code of 1956, as amended:

Section 606; Section 610 (including Sections 614, 616 and 620); Subsections (a), (b), (c), (d), (f), (g), (h) and (i) of Section 624; and Section 628

For a definition of the lines of insurance summarized below, please refer to the applicable sections of the Michigan Insurance Code, M.C.L. 500.100 *et seq.*

Sec. 602  Life Insurance & Annuities
          other than Variable Annuities

Sec. 925  Separate Account —
          Variable Contracts
            Variable Annuities
            Variable Life

Sec. 606  Disability

Sec. 610  Property, including:
          Sec. 614 Ocean Marine
          Sec. 616 Inland Marine
          Sec. 620 Automobile insurance (limited)

Sec. 618  Legal Expense

Sec. 624 Casualty:
  Subsections:
  (a) Steam Boiler, Flywheel and Machinery
  (b) Liability, Automobile (including Sec. 625, disability coverage supplemental to Automobile Insurance), Workers' Compensation
  (c) Plate Glass
  (d) Sprinkler and Water Damage
  (e) Credit
  (f) Burglary and Theft
  (g) Livestock
  (h) Malpractice
  (i) Miscellaneous

Sec. 628 Surety and Fidelity

Chapter 73 Title insurance

SEAL

*L. Caroline Smalley*
—————————————————
Special Deputy Commissioner of Insurance

# OFFICE OF THE SECRETARY OF STATE
# OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF EXISTENCE

I, Wayne W. Williams, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office, a document for:

AUTO-OWNERS INSURANCE COMPANY

Michigan Insurance Company

(Entity ID # 19881104158 )

was filed in this office on 12/07/1988 with an effective date of 12/07/1988.

I further certify that our records indicate that a dissolution document has not been filed.

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 06/05/2017 that have been posted, and by documents delivered to this office electronically through 06/07/2017 @ 09:16:02.

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 06/07/2017 @ 09:16:02 in accordance with applicable law. This certificate is assigned Confirmation Number 10280371.



Secretary of State of the State of Colorado

*************************************************End of Certificate*****************************************

*Notice: A certificate issued electronically from the Colorado Secretary of State's Web site is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's Web site, http://www.sos.state.co.us/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our Web site, http://www.sos.state.co.us/ click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*